1
2
3
4
5                  IN THE UNITED STATES DISTRICT COURT
6                FOR THE EASTERN DISTRICT OF CALIFORNIA
7                          FRESNO DIVISION
8

9   Fred Smith,                    )    No. CV 08-1486-TUC-RCC
                                    )
10           Plaintiff,             )    **ORDER**
                                    )
11   vs.                            )
                                    )
12                                  )
     Darral G. Adams, et al.,       )
13                                  )
             Defendant.             )
14                                  )
                                    )
15   _____)

16      Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983.  This case will

17   be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California

18   State Prison-Corcoran (CSP-COR) on December 8, 2009, at 9:00 a.m.

19             In accordance with the above,  **IT IS HEREBY ORDERED** that:

20             1.  This case is set for mediation on December 8, 2009, at 9:00 a.m. at CSP-COR,

21   4001 King Avenue, Corcoran, California.

22             2.  The parties are directed to provide confidential settlement conference statements

23   to Magistrate Judge Kellison, 501 I Street, Sacramento, California 95814, so that they arrive no later

24   than November 30, 2009.

25      DATED this 9th day of September, 2009.

26
27
28   _____
                                    Raner C. Collins
                                    **United States District Judge**