IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Fred Smith, | ) | No. CV 08-1486-TUC-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Darral G. Adams, et al., | ) | |
| Defendants. | ) | |

Upon stipulation of the parties (Dkts. # 49, 50), **IT IS HEREBY ORDERED** that the above entitled action shall be **dismissed with prejudice** as to all Defendants. The Clerk of the Court shall CLOSE this case.

DATED this 23rd day of February, 2010.

Raner C. Collins
United States District Judge